**Fill in this information to identify the case:**

Debtor name   **Blue Ridge Arsenal, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known)   **18-10472**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑ Other document that requires a declaration     Amended List of Creditors Who have 20 Largest Unsecured Claims (Form 204)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March  8, 2018**          X **/s/ Earl L. Curtis**
                                          Signature of individual signing on behalf of debtor

                                          **Earl L. Curtis**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Blue Ridge Arsenal, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF VIRGINIA** |
| Case number (if known): | **18-10472** |

☑ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **5EI LLC 1751 Pinnacle Drive, #600 Mc Lean, VA 22102** | | **Website design and maintenance services** | | | | **$19,150.00** |
| **AcuSport Corporation One Hunter Place Bellefontaine, OH 43311** | | **Firearm and accessories supplier** | | | | **$43,421.14** |
| **Air Cleaning Technologies, Inc 44966 Falcon Place, Suite 190 Sterling, VA 20166** | | **Air filters and related services** | | | | **$28,807.61** |
| **Big Rock Sports LLC 1141 Jay Lane Graham, NC 27253** | | **Firearms and ammunitions supplier** | | | | **$12,942.66** |
| **Brandon Honeycutt 7205 Noland Road Falls Church, VA 22042** | | **Firearms accessories and supplies** | | | | **$3,500.00** |
| **Commercial Express HVAC, Inc. 3656 Centerview Drive, Ste. 12 Chantilly, VA 20151** | | **HVAC services** | | | | **$10,651.00** |
| **Davidson's Inc. 6100 Wilkinson Drive Prescott, AZ 86301** | | **Firearms supplier** | | | | **$9,497.79** |
| **Ecology Mir Group, LLC 10432 Balls Ford Rd, Ste. 300 Manassas, VA 20109** | | **Firearms and ammunitions supplier** | | | | **$6,097.35** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Blue Ridge Arsenal, Inc.** | | | Case number *(if known)* | **18-10472** |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ESI Electronic Systems** P.O. Box 603065 Charlotte, NC 28260-3065 | | **Information technology services** | | | | **$2,157.35** |
| **Flint Lee Road, LLC** c/o Rosenthal Properties 1945 Old Gallows Rd., Ste. 300 Vienna, VA 22182 | | **Prorated rent due for commercial premises lease (February 1 through 9, 2018)** | | | | **$6,267.00** |
| **KeepSafe, LLC** P.O. Box 0304 Springfield, VA 22150-0304 | | **Firearms accessories supplier** | | | | **$9,702.08** |
| **Mark Warner** 7441 Willoughby Lane #103 Chantilly, VA 20152 | | **Firearm consignment sales** | | | | **$10,000.00** |
| **Mercedes-Benz Financial** P. O. Box 5209 Carol Stream, IL 60197-5209 | | **Automobile lease (expired December 1, 2017 and vehicle surrendered)** | | | | **$9,379.09** |
| **Oakley Inc.** One Icon Foothill Ranch, CA 92610 | | **Firearms accessories supplier** | | | | **$2,869.14** |
| **Potomac Environmental Inc.** P.O. Box 1836 Stafford, VA 22555-1838 | | **Filter disposal services** | | | | **$8,142.70** |
| **Robert S. Naftal, P.C.** 11260 Roger Bacon Drive #504 Reston, VA 20190 | | **Legal services** | | | | **$22,308.37** |
| **Sharad and Seema Gupta Trust** c/o Sharad and Seema Gupta 6594 Ellies Way Fairfax Station, VA 22039 | | **Business Loan** | | | | **$100,000.00** |
| **Watts Group, Inc.** 4161 Chain Bridge Road Fairfax, VA 22030 | | **Accounting services** | | | | **$10,000.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

| Debtor | **Blue Ridge Arsenal, Inc.** | | Case number *(if known)* | **18-10472** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wells Fargo Financial Leasing P.O. Box 10306 Des Moines, IA 50306-0306** | | **Equipment lease for two HP Printers** | | | | **$6,500.00** |
| **Winding Brook Range LLC 6594 Ellies Way Fairfax Station, VA 22039** | | **Judgment arising out of guaranty of lease obligation for Blue Ridge Arsenal at Winding Brook LLC** | **Disputed** | | | **$816,801.92** |

**Fill in this information to identify the case:**

Debtor name    **Blue Ridge Arsenal, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)    **18-10472**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $     0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................ $     1,013,838.93

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. $     1,013,838.93

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................... $     726,308.26

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $     3,908.12

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$     1,660,815.16

4. Total liabilities ......................................................................................................................
   Lines 2 + 3a + 3b                                                                                                $     2,391,031.54

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Blue Ridge Arsenal, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)    **18-10472**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank** | **Checking** | **8997** | $37.36 |
| 3.2. | **Wells Fargo Bank** | **Checking** | **9858** | $12,878.00 |
| 3.3. | **First Virginia Community Bank** | **Checking** | **8063** | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $12,915.36 |
|---|---|

**Part 2:       Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Security deposit held by Flint Lee Road, LLC pursuant to lease for Chantilly commercial premises.** | $16,635.00 |

| Debtor | **Blue Ridge Arsenal, Inc.** | Case number *(If known)* **18-10472** |
| --- | --- | --- |
| | Name | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.                                    **$16,635.00**

**Part 3:** Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:          **300.00**  -          **0.00**  = ....          **$300.00**
                              face amount              doubtful or uncollectible accounts

11a. 90 days old or less:          **617.16**  -          **0.00**  = ....          **$617.16**
                              face amount              doubtful or uncollectible accounts

12. **Total of Part 3.**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.              **$917.16**

**Part 4:** Investments

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** **Firearms Inventory (See Attached Exhibit B-21)** | | **$0.00** | retail prices | **$68,716.67** |
| **Ammunition and Firearms Accessories** | | **$0.00** | estimate | **$45,000.00** |

22. **Other inventory or supplies**

| Debtor | **Blue Ridge Arsenal, Inc.** | Case number *(If known)* **18-10472** |
|---|---|---|
| | Name | |

**23.** **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

**$113,716.67**

**24.** **Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** **Furniture (tables, chairs, desks and other items)** | **$0.00** | **Tax records** | **$40,000.00** |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** **Copiers and printers** | **$0.00** | **Tax records** | **$3,000.00** |
| **Computers** | **$0.00** | **Tax records** | **$5,000.00** |
| **Point of sale system equipment** | **$0.00** | **Tax records** | **$1,000.00** |
| **Telephone system** | **$0.00** | **Tax records** | **$1,500.00** |

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

**$50,500.00**

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

| Debtor | **Blue Ridge Arsenal, Inc.** | Case number *(If known)* | **18-10472** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| Machinery and equipment for repairing<br>firearms | $0.00 | Tax records | $10,000.00 |
| Gun simulator | $0.00 | Tax records | $6,000.00 |
| Air handler and filtration system | $0.00 | Tax records | $700,000.00 |
| Rail system for firing range targets | $0.00 | Tax records | $50,000.00 |
| Firing range backstop | $0.00 | Tax records | $50,000.00 |

51.   **Total of Part 8.**                                                                                         | $816,000.00 |

Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 9:**    **Real property**

54.  **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Debtor | **Blue Ridge Arsenal, Inc.** | Case number *(If known)* **18-10472** |
|---|---|---|
| | Name | |

---

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

---

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Consignment agreements for sale of firearms and accessories (Debtor entitled to greater of $50 or 20% of sales price, with aggregate estimated value of $15,773.70)** | $3,154.74 |

---

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.      $3,154.74

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Blue Ridge Arsenal, Inc.** | Case number *(If known)* **18-10472** |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $12,915.36 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $16,635.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $917.16 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $113,716.67 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $50,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $816,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $3,154.74 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,013,838.93 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,013,838.93 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

## Exhibit B-21 (Firearms Inventory)

**Blue Ridge Arsenal**

Firearm Inventory

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 38856 | NEW | SMITH&WESSON | | HCD9464 | Rifle | 22LR | SEMI | 12/24/2015 | $0.00 | $379.99 |
| 38906 | NEW | KEL-TEC P-11 GREEN | | AA6G50 | Pistol | 9MM | SEMI | 1/7/2016 | $231.99 | $344.99 |
| 38900 | NEW | KAHR CM9 SS/SLIDE | | IR9979 | Pistol | 9MM | SEMI | 1/7/2016 | $325.00 | $429.99 |
| 38901 | NEW | KAHR CM9 SS/SLIDE | | IR9763 | Pistol | 9MM | SEMI | 1/7/2016 | $325.00 | $429.99 |
| 39242 | NEW | STAG ARMS | | Y416450 | Rifle | 5.56 /223 | SEMI | 6/24/2016 | $0.00 | $299.99 |
| 39731 | NEW | SPRINGFIELD 1911A1 45ACP | 1911-A1 RANGE OFFICER | NM502306 | Pistol | .45ACP | SEMI | 3/23/2017 | $712.00 | $924.99 |
| 39732 | NEW | RUGER SR1911-R TALO | SR1911-R TALO | 672-07526 | Pistol | .45ACP | SEMI | 3/23/2017 | $704.99 | $924.99 |
| 39780 | NEW | ATI GSG-5PK PISTOL | GSG MP5K | 294455 | Pistol | .22LR | SEMI | 6/20/2017 | $398.82 | $549.99 |
| 39781 | NEW | ATI GSG-5PK PISTOL | GSG MP5K | 294449 | Pistol | .22LR | SEMI | 6/20/2017 | $398.82 | $549.99 |
| 39782 | NEW | MARLIN MOD 882SSV 22MAG | 882 | 12716951 | Rifle | 22MAG | BOLT | 6/20/2017 | $212.69 | $289.76 |
| 39783 | NEW | WINCHESTER 120 12GA 18" | 120 | L2042723 | Shotgun | 12GAUGE | PUMP | 6/20/2017 | $257.99 | $385.18 |
| 39786 | NEW | SMITH & WESSON M&P 15-22 | M&P15-22 | DZY6110 | Rifle | .22LR | SEMI | 6/20/2017 | $455.00 | $699.99 |
| 39787 | NEW | TAURUS 24/7 G2 45ACP | 24/7 | NFW03264 | Pistol | .45ACP | SEMI | 6/20/2017 | $372.44 | $529.99 |
| 39788 | NEW | MOSSBERG 715T MOSSY OAK | 715T | ELL3578987 | Rifle | .22LR | SEMI | 6/20/2017 | $310.52 | $419.99 |
| 39791 | NEW | STOEGER UPLANDER | UPLANDER | C683653-12 | Shotgun | 20GAUGE | BREAK | 6/21/2017 | $291.00 | $399.99 |
| 39792 | NEW | DOUBLE TAP DEFENSE | DOUBLE TAP | DA5069 | Pistol | .45ACP | BREAK | 6/21/2017 | $432.48 | $549.99 |
| 39795 | NEW | STI 2011 FRAME | 2011 FRAME | TE12556 | Pistol | 9MM | SEMI | 6/21/2017 | $299.99 | $499.99 |
| 25 | NEW | SILENCERCO SPARROW | | SPS-0395 | Suppressor | 22 | N/A | 5/13/2013 | $335.00 | $499.99 |
| 33 | NEW | ADVANCED ARMAMENT PRODIGY | | PDG 4136 | Suppressor | 22LR | | 8/6/2013 | $356.90 | $470.99 |
| 35 | NEW | ADVANCED ARMAMENT 7.62SDN | | N10027 | Suppressor | 7.62 | | 8/27/2013 | $757.05 | $1,049.99 |
| 38 | NEW | ADVANCED ARMAMENT TI-RANT | | TR45 6987 | Suppressor | 45 | | 9/17/2013 | $0.00 | $0.00 |
| 40 | NEW | KRISS DEFIANCE SUPPRESSOR | | D13A000143 | Suppressor | 45acp | | 9/17/2013 | $588.24 | $794.99 |
| 57 | NEW | SILENCERCO WARLOCK | | WS2-2747 | Suppressor | 22LR | | 8/18/2014 | $188.00 | $259.99 |
| 64 | NEW | LWRC IC-PSD | | 03-82811 | Rifle | 5.56MM | SEMI | 9/11/2014 | $2,049.18 | $2,499.99 |
| 71 | NEW | SILENCERCO SPECWAR 556 | | SPW-1440 | Suppressor | 5.56 | | 9/24/2014 | $503.00 | $799.99 |
| 90 | NEW | SERBU FIREARMS | | U621071 | Shotgun | 12GA | PUMP | 2/11/2015 | $825.00 | $1,074.99 |
| 97 | NEW | SILENCERCO WARLOCK | | WS2-5286 | Suppressor | 22LR | | 7/9/2015 | $204.00 | $299.99 |
| 105 | NEW | SILENCERCO SAKER 5.56K | | SKR556K-1379 | Suppressor | 5.56 | | 8/25/2015 | $748.00 | $1,074.99 |
| 113 | NEW | FREEDOM ARMORY MINUTEMAN | | MTI-00359 | Suppressor | 22LR | | 9/29/2015 | $450.00 | $599.99 |
| 114 | NEW | FREEDOM ARMORY MINUTEMAN | | MTI-00360 | Suppressor | 22LR | | 9/29/2015 | $450.00 | $599.99 |
| 115 | NEW | FREEDOM ARMORY GRENADIER | | G45-00286 | Suppressor | 45ACP | | 9/29/2015 | $750.00 | $950.00 |
| 132 | NEW | SIG SAUER 762/300 | | 61A007290 | Suppressor | 762/300 | | 5/27/2016 | $720.00 | $949.99 |
| 133 | NEW | CMMG MK4 | | SWT05099 | Rifle | 5.56 | SEMI | 6/1/2016 | $0.00 | $1,199.99 |
| 141 | NEW | NOVESKE G3 SBR CQB | | B10370 | Rifle | 5.56 | SEMI | 6/16/2016 | $0.00 | $2,504.99 |
| 142 | NEW | CMMG MK4 | | SWU06729 | Rifle | 5.56MM | SEMI | 7/21/2016 | $970.17 | $1,199.99 |
| 143 | NEW | SIG SAUER556 | | 61A012109 | Suppressor | 5.56MM | RIFLE | 7/28/2016 | $592.00 | $779.99 |
| 145 | NEW | SILENCERCO SPECTRE II | | SPCT2-17719 | Suppressor | .22LR | | 7/28/2016 | $280.15 | $354.99 |
| 146 | NEW | SILENCERCO SPECTRE II | | SPCT2-17720 | Suppressor | .22LR | | 7/28/2016 | $280.15 | $329.99 |
| 152 | NEW | SILENCERCO OMEGA | OMEGA | OMG-19096 | Suppressor | .300 | | 8/26/2016 | $734.50 | $1,099.99 |
| 159 | NEW | OSS BPR26 .762 SUPPRESOR | BPR 26 GEN5 .762 | CV1306586 | Suppressor | .762 | | 9/22/2016 | $0.00 | $200.00 |
| 160 | NEW | DANIEL DEFENSE DDM4 MK18 SBR | DDM4 MK18 SBR FDE | DDM4094429 | Rifle | 5.56 | SEMI | 10/5/2016 | $1,330.00 | $1,729.99 |
| 163 | NEW | DANIEL DEFENSE DDM4 MK18 SBR | DDM4 MK18 | DDM4101728 | Rifle | 5.56MM | SEMI | 11/4/2016 | $1,330.00 | $1,604.99 |
| 164 | NEW | DANIEL DEFENSE DDM4 MK18 SBR | DDM4 MK18 | DDM4101729 | Rifle | 5.56MM | SEMI | 11/4/2016 | $1,330.00 | $1,529.99 |
| 165 | NEW | DANIEL DEFENSE DDM4 SBR | M4 300S | DDM4097526 | Rifle | 300BLK | SEMI | 11/4/2016 | $1,330.00 | $1,629.99 |
| 166 | NEW | SILENCERCO, LLC | HYBRID | HYBRID-32433 | Suppressor | .46 | | 1/2/2017 | $649.00 | $849.99 |
| 168 | NEW | SILENCERCO SALVO 12 | SALVO 12 | SAL12-6002 | Suppressor | 12GAUGE | | 3/22/2017 | $649.00 | $899.99 |
| 171 | NEW | SILENCERCO, LLC | HYBRID | HYBRID-18060 | Suppressor | .46 | | 11/9/2017 | $661.98 | $939.99 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 174 | NEW | SILENCERCO, LLC | HYBRID | HYBRID-23833 | Suppressor | .46 | | 1/2/2018 | $661.98 | $939.99 |
| 532 | OTHER | CAI | HELWAN | 1170981 | Pistol | 9MM | SEMI | 5/30/2012 | $0.00 | $0.00 |
| 1 | RENTAL | ROCK RIVER | | CM90740 | Rifle | .223 | | 4/13/2007 | $899.99 | $1,439.99 |
| 3 | RENTAL | ADVANCED ARMAMENT | | E452259 | Suppressor | 45 | | 5/8/2007 | $0.00 | $0.00 |
| 4 | RENTAL | ADVANCED ARMAMENT | | M9250 | Suppressor | 5.56 | | 5/24/2007 | $0.00 | $0.00 |
| 116 | RENTAL | RENTAL MP5SD SUPPRESSOR | | 01-005949 | Suppressor | 9MM | | 4/23/2008 | $0.00 | $0.00 |
| 37 | RENTAL | ADVANCED ARMAMENT 7.62SDN | | N10029 | Suppressor | 7.62 | | 8/27/2013 | $757.05 | $1,049.99 |
| 70 | RENTAL | SILENCERCO WARLOCK | | WS2-2758 | Suppressor | 22LR | | 9/15/2014 | $188.00 | $0.00 |
| 94 | RENTAL | RENTAL MP5SD SUPPRESSOR | | SD79 | Suppressor | 9MM | | 5/22/2015 | $0.00 | $0.00 |
| 2 | RENTAL | ADVANCED ARMAMENT | | E92461 | Suppressor | 9MM | | 9/29/2015 | $0.00 | $0.00 |
| 305 | RENTAL | RUGER | BLACKHAWK | 37-76005 | Revolver | 357 | SINGLE | 11/26/2004 | $0.00 | $12.00 |
| 307 | RENTAL | MOSSBERG | 500 | R631859 | Shotgun | 12GA | PUMP | 3/31/2005 | $0.00 | $25.00 |
| 308 | RENTAL | BROWNING | BUCKMARK | 655NY17256 | Pistol | 22LR | SEMI | 5/11/2005 | $0.00 | $12.00 |
| 311 | RENTAL | SMITH & WESSON | 22A | UBJ2486 | Pistol | 22LR | SEMI | 5/15/2005 | $0.00 | $12.00 |
| 312 | RENTAL | SMITH & WESSON | 22A | UBJ2288 | Pistol | 22LR | SEMI | 5/15/2005 | $0.00 | $12.00 |
| 316 | RENTAL | MOSSBERG | 500 | R735273 | Shotgun | 20GA | PUMP | 12/22/2005 | $0.00 | $25.00 |
| 571 | RENTAL | GLOCK | 22 | G18428 | Pistol | 40SW | SEMI | 2/4/2006 | $380.00 | $0.00 |
| 320 | RENTAL | SMITH& WESSON | 500 | CJT2285 | Revolver | 500SW | DOUBLE | 8/15/2006 | $0.00 | $20.00 |
| 325 | RENTAL | BERETTA | M9 | M9-105654 | Pistol | 9MM | SEMI | 11/10/2006 | $0.00 | $12.00 |
| 328 | RENTAL | KIMBER | PRO CARRY II | KR33109 | Pistol | 45ACP | SAO | 11/15/2006 | $0.00 | $12.00 |
| 333 | RENTAL | RUGER | 22/45 | 220-10530 | Pistol | 22LR | SEMI | 11/15/2006 | $0.00 | $12.00 |
| 334 | RENTAL | GLOCK | 32 | FKX254 | Pistol | 357SIG | DAO | 11/15/2006 | $0.00 | $12.00 |
| 339 | RENTAL | BUSHMASTER | M4 | E16721 | Rifle | 223 | SEMI | 5/28/2007 | $0.00 | $25.00 |
| 353 | RENTAL | RUGER | 10/22 | 232-55820 | Rifle | 22LR | SEMI | 3/28/2008 | $0.00 | $12.00 |
| 354 | RENTAL | SMITH & WESSON | 10-6 | D396787 | Revolver | 38SPL | SA/DA | 5/19/2008 | $0.00 | $12.00 |
| 355 | RENTAL | MARLIN | BUCKAROO | 92608987 | Rifle | 22LR | BOLT | 7/2/2008 | $0.00 | $12.00 |
| 357 | RENTAL | MARLIN | BUCKAROO | 92608936 | Rifle | 22LR | BOLT | 7/2/2008 | $0.00 | $12.00 |
| 360 | RENTAL | SMITH & WESSON | 686-6 | CHT9843 | Revolver | 357MAG | SA/DA | 7/24/2008 | $0.00 | $12.00 |
| 369 | RENTAL | SMITH & WESSON | 315 | DCE0597 | Revolver | 38SPL | DOUBLE | 3/17/2009 | $0.00 | $12.00 |
| 399 | RENTAL | COLT | UMX M4 | BP009665 | Rifle | 22LR | SEMI | 7/13/2009 | $0.00 | $12.00 |
| 400 | RENTAL | ATI | GSG MP5 | A297731 | Rifle | 22LR | SEMI | 7/13/2009 | $0.00 | $12.00 |
| 402 | RENTAL | ATI | GSG MP5 | A316348 | Rifle | 22LR | SEMI | 7/28/2009 | $0.00 | $12.00 |
| 403 | RENTAL | SIG SAUER | P226 | U855714 | Pistol | 22LR | SEMI | 8/31/2009 | $0.00 | $12.00 |
| 429 | RENTAL | ROCK RIVER ARMS | TS 22 | CM205869 | Rifle | 22LR | SEMI | 7/13/2010 | $0.00 | $12.00 |
| 435 | RENTAL | H&K | P2000 | 116-044663 | Pistol | 9MM | SEMI | 1/15/2011 | $0.00 | $12.00 |
| 439 | RENTAL | GLOCK | 30SF | RAB506 | Pistol | 45ACP | SEMI | 1/15/2011 | $0.00 | $12.00 |
| 445 | RENTAL | SPRINGFIELD | XDM | MG513078 | Pistol | 45ACP | SEMI | 1/15/2011 | $0.00 | $12.00 |
| 449 | RENTAL | TAURUS | JUDGE | DO143982 | Revolver | 45/410 | DOUBLE | 1/15/2011 | $0.00 | $12.00 |
| 450 | RENTAL | FNH | SLP1 | 11BMN12378 | Shotgun | 12GA | SEMI | 1/15/2011 | $0.00 | $25.00 |
| 451 | RENTAL | FNH | FS2000 | 051903 | Rifle | 5.56 | SEMI | 1/15/2011 | $0.00 | $12.00 |
| 452 | RENTAL | FNH | PS90 | FN067992 | Rifle | 5.7x28 | SEMI | 1/15/2011 | $0.00 | $25.00 |
| 454 | RENTAL | FNH | FNX9 | FX1U004299 | Pistol | 9MM | SEMI | 1/15/2011 | $0.00 | $12.00 |
| 459 | RENTAL | SIG SAUER | P226 | UU672211 | Pistol | 40SW | SEMI | 1/25/2011 | $0.00 | $12.00 |
| 460 | RENTAL | SIG SAUER | P229 | AGU19857 | Pistol | 40SW | SEMI | 1/25/2011 | $0.00 | $12.00 |
| 568 | RENTAL | GLOCK | 17 | LEC068 | Pistol | 9MM | SEMI | 2/9/2011 | $0.00 | $0.00 |
| 569 | RENTAL | ARMALITE | M15 | US225031 | Rifle | 5.56 | SEMI | 2/12/2011 | $0.00 | $0.00 |
| 461 | RENTAL | KAHR | CW9 | EF7507 | Pistol | 9MM | SEMI | 3/18/2011 | $0.00 | $12.00 |
| 462 | RENTAL | KAHR | P380 | RB9455 | Pistol | 380ACP | SEMI | 3/18/2011 | $0.00 | $12.00 |
| 464 | RENTAL | SMITH & WESSON M&P | M&P | DUH9787 | Pistol | 45ACP | SEMI | 3/18/2011 | $0.00 | $12.00 |
| 465 | RENTAL | SMITH & WESSON | 442 | CPU8314 | Revolver | 38SPL | DOUBLE | 3/18/2011 | $0.00 | $12.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 467 RENTAL | SMITH & WESSON | 340 | CNW7079 | Revolver | 357MAG | DOUBLE | 3/18/2011 | $0.00 | $12.00 |
| 468 RENTAL | SMITH & WESSON | 329 | CPU9710 | Revolver | 44MAG | DOUBLE | 3/18/2011 | $0.00 | $12.00 |
| 469 RENTAL | SMITH & WESSON | 327 | CPF4121 | Revolver | 357MAG | DOUBLE | 3/18/2011 | $0.00 | $12.00 |
| 473 RENTAL | RUGER | 22/45 | 27153520 | Pistol | 22LR | SEMI | 5/22/2011 | $0.00 | $12.00 |
| 476 RENTAL | MARLIN | XT-22R | MM01015A | Rifle | .22LR | BOLT | 9/24/2011 | $0.00 | $12.00 |
| 477 RENTAL | KAHR | CM9 | I00137 | Pistol | 9MM | SEMI | 1/13/2012 | $0.00 | $12.00 |
| 478 RENTAL | KAHR | CW40 | FE5307 | Pistol | 40SW | SEMI | 1/13/2012 | $0.00 | $12.00 |
| 479 RENTAL | KAHR | CW45 | SE1741 | Pistol | 45ACP | SEMI | 1/13/2012 | $0.00 | $12.00 |
| 481 RENTAL | BERETTA | NANO | NU002785 | Pistol | 9MM | SEMI | 1/13/2012 | $0.00 | $12.00 |
| 482 RENTAL | BERETTA | NEO U22 | R256800 | Pistol | 22LR | SEMI | 1/13/2012 | $0.00 | $12.00 |
| 483 RENTAL | BERETTA | NEO U22 | R67304 | Pistol | 22LR | SEMI | 1/13/2012 | $0.00 | $12.00 |
| 485 RENTAL | BERETTA | PX4 | PK22164 | Pistol | 45ACP | SEMI | 1/13/2012 | $0.00 | $12.00 |
| 426 RENTAL | SMITH & WESSON | | CSL0488 | Revolver | 45/410 | REVOLVER | 1/13/2012 | $0.00 | $12.00 |
| 425 RENTAL | SMITH & WESSON | M&P | MPR8212 | Pistol | 45ACP | SEMI | 1/13/2012 | $0.00 | $12.00 |
| 487 RENTAL | SMITH & WESSON | 617 | CHT9678 | Revolver | 22LR | DOUBLE | 1/13/2012 | $0.00 | $12.00 |
| 518 RENTAL | SMITH & WESSON | M&P22 | MP006264 | Pistol | 22LR | SEMI | 1/13/2012 | $0.00 | $12.00 |
| 519 RENTAL | SMITH & WESSON | M&P22 | MP006271 | Pistol | 22LR | SEMI | 1/13/2012 | $0.00 | $12.00 |
| 520 RENTAL | FNH | FNP45 | 61DZZ08396 | Pistol | 45ACP | SEMI | 1/13/2012 | $0.00 | $12.00 |
| 413 RENTAL | SIG SAUER | 516 | 20A003382 | Rifle | 5.56MM | SEMI | 1/30/2012 | $0.00 | $12.00 |
| 527 RENTAL | RUGER | SR9C | 333-33366 | Pistol | 9MM | SEMI | 5/21/2012 | $0.00 | $12.00 |
| 528 RENTAL | RUGER | MKIII 4 | 272-72013 | Pistol | .22LR | SEMI | 5/21/2012 | $0.00 | $12.00 |
| 529 RENTAL | RUGER | LCR | 541-77010 | Revolver | 38SPL | REV | 5/23/2012 | $0.00 | $12.00 |
| 530 RENTAL | RUGER | SR9 | 331-55295 | Pistol | 9MM | SEMI | 5/23/2012 | $0.00 | $12.00 |
| 531 RENTAL | RUGER | MKIII | 272-73394 | Pistol | .22LR | SEMI | 5/24/2012 | $0.00 | $12.00 |
| 533 RENTAL | RUGER | 10/22-LVTSB | 820-83485 | Revolver | .22LR | SEMI | 6/6/2012 | $12.00 | $0.00 |
| 507 RENTAL | SIG SAUER | P238 | 27A1090460 | Pistol | 380ACP | SEMI | 6/7/2012 | $0.00 | $12.00 |
| 535 RENTAL | SIG SAUER | P290 9MM | 26C001024 | Pistol | 9MM | SEMI | 6/7/2012 | $0.00 | $12.00 |
| 536 RENTAL | RUGER | SR40 | 342-42043 | Pistol | 9MM | SEMI | 6/21/2012 | $0.00 | $12.00 |
| 538 RENTAL | RUGER | SR40C | 343-49262 | Pistol | 40SW | SEMI | 7/30/2012 | $0.00 | $12.00 |
| 310 RENTAL | GLOCK | 36 | G6792US | Pistol | 45ACP | SEMI | 9/19/2012 | $0.00 | $12.00 |
| 317 RENTAL | BERETTA | M9 | M9-102137 | Pistol | 9MM | SEMI | 9/19/2012 | $0.00 | $12.00 |
| 318 RENTAL | REMINGTON | 870 | AB177830M | Shotgun | 12GA | PUMP | 9/19/2012 | $0.00 | $25.00 |
| 326 RENTAL | SAVAGE | CUB | 0509818 | Rifle | 22LR | BOLT | 9/19/2012 | $0.00 | $12.00 |
| 330 RENTAL | H&K | USPC | 290-28785 | Pistol | 45ACP | SEMI | 9/19/2012 | $0.00 | $12.00 |
| 332 RENTAL | RUGER | SP101 | 570-98758 | Revolver | 357MAG | DOUBLE | 9/19/2012 | $0.00 | $12.00 |
| 352 RENTAL | SIG SAUER | P220R | G410137 | Pistol | 45ACP | SEMI | 9/19/2012 | $0.00 | $12.00 |
| 358 RENTAL | MARLIN | BUCKAROO | 92608937 | Rifle | 22LR | BOLT | 9/19/2012 | $0.00 | $12.00 |
| 364 RENTAL | GLOCK | 17 | G28509 | Pistol | 9MM | DAO | 9/19/2012 | $0.00 | $12.00 |
| 368 RENTAL | WATHER | P22 | L270602 | Pistol | 22LR | SEMI | 10/26/2012 | $0.00 | $12.00 |
| 542 RENTAL | GLOCK | 19 | HRK555 | Pistol | 9MM | SEMI | 2/1/2013 | $380.00 | $0.00 |
| 336 RENTAL | RUGER | P90 | 663-58136 | Pistol | 45ACP | SEMI | 2/6/2013 | $0.00 | $0.00 |
| 341 RENTAL | GLOCK | 26 | UFU247 | Pistol | 9MM | SEMI | 2/22/2013 | $0.00 | $12.00 |
| 344 RENTAL | GLOCK | 19 | UBF905 | Pistol | 9MM | SEMI | 2/22/2013 | $0.00 | $12.00 |
| 345 RENTAL | GLOCK | 19 | UBF906 | Pistol | 9MM | DAO | 2/22/2013 | $0.00 | $12.00 |
| 372 RENTAL | SMITH & WESSON | SHIELD | HBB0089 | Pistol | 40SW | DAO | 2/27/2013 | $284.00 | $0.00 |
| 373 RENTAL | SMITH & WESSON | MP9 | HAZ6144 | Pistol | 9MM | DAO | 2/27/2013 | $0.00 | $12.00 |
| 374 RENTAL | FNH | FNX TACTICAL | FX3U008767 | Pistol | 45ACP | SA/DA | 2/27/2013 | $0.00 | $12.00 |
| 375 RENTAL | FNH | P12 | 12AZY04286 | Shotgun | 12GA | PUMP | 2/27/2013 | $0.00 | $25.00 |
| 376 RENTAL | BERETTA | 92FS | K74021Z | Pistol | 9MM | SEMI | 3/8/2013 | $400.00 | $0.00 |
| 377 RENTAL | GLOCK | 27 | TZT089 | Pistol | 40SW | DAO | 3/8/2013 | $338.00 | $0.00 |

| 378 RENTAL | GLOCK | 27 | TZT090 | Pistol | 40SW | DAO | 3/8/2013 | $338.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|---|
| 380 RENTAL | GLOCK | 30S | TRF195 | Pistol | 45ACP | SEMI | 3/8/2013 | $358.00 | $0.00 |
| 381 RENTAL | SMITH & WESSON | MP22 | MP070333 | Pistol | 22LR | SEMI | 3/15/2013 | $266.00 | $0.00 |
| 384 RENTAL | GLOCK | 21 GEN4 | UNZ505 | Pistol | 45ACP | SEMI | 3/17/2013 | $393.00 | $0.00 |
| 385 RENTAL | GLOCK | 23 GEN4 | UTU745 | Pistol | 40SW | SEMI | 3/30/2013 | $338.00 | $0.00 |
| 387 RENTAL | GLOCK | 34 | UTY195 | Pistol | 9MM | SEMI | 3/30/2013 | $385.00 | $0.00 |
| 389 RENTAL | BERETTA | M9A1 | BER646178 | Pistol | 9MM | SEMI | 3/30/2013 | $440.00 | $0.00 |
| 390 RENTAL | GLOCK | 22 GEN4 | UXD350 | Pistol | 40SW | SEMI | 3/30/2013 | $338.00 | $0.00 |
| 572 RENTAL | SIG SAUER | P232 | S258655 | Pistol | 380ACP | SEMI | 3/31/2013 | $195.00 | $0.00 |
| 392 RENTAL | SMITH & WESSON | 686 | CTZ7231 | Revolver | 357MAG | DOUBLE | 4/9/2013 | $540.00 | $0.00 |
| 393 RENTAL | SMITH & WESSON | PM40 CORE | DYE6556 | Pistol | 40SW | SEMI | 4/12/2013 | $359.00 | $0.00 |
| 394 RENTAL | SMITH & WESSON | MP9 CORE | DYE0544 | Pistol | 9MM | SEMI | 4/12/2013 | $460.00 | $0.00 |
| 395 RENTAL | SMITH & WESSON | MP9C | HBE1231 | Pistol | 9MM | SEMI | 4/12/2013 | $359.00 | $0.00 |
| 398 RENTAL | SMITH & WESSON | 686 | CUC4986 | Revolver | 357MAG | DOUBLE | 4/30/2013 | $540.00 | $0.00 |
| 410 RENTAL | REMINGTON | 742 | A7312585 | Rifle | 30-06 | SEMI | 5/28/2013 | $0.00 | $0.00 |
| 407 RENTAL | SMITH & WESSON | 10 | D647822 | Revolver | 38SPL | DOUBLE | 5/28/2013 | $0.00 | $0.00 |
| 408 RENTAL | SMITH & WESSON | 10 | D927683 | Revolver | 38SPL | DOUBLE | 5/28/2013 | $0.00 | $0.00 |
| 409 RENTAL | SMITH & WESSON | 10 | D709234 | Revolver | 38SPL | DOUBLE | 5/28/2013 | $0.00 | $0.00 |
| 412 RENTAL | FNH | SCAR16 | LC26257 | Rifle | 5.56 | SEMI | 5/29/2013 | $2,072.00 | $0.00 |
| 414 RENTAL | SMITH & WESSON | 10 | DAR4957 | Pistol | 38SPL | DOUBLE | 5/31/2013 | $0.00 | $0.00 |
| 416 RENTAL | RUGER | SR22BP | 362-68471 | Pistol | 22LR | SEMI | 7/23/2013 | $0.00 | $0.00 |
| 417 RENTAL | RUGER | SR22BP | 362-68495 | Pistol | 22LR | SEMI | 7/23/2013 | $0.00 | $0.00 |
| 421 RENTAL | RUGER | SP101 | 575-23838 | Revolver | 357MAG | Double | 7/24/2013 | $0.00 | $0.00 |
| 422 RENTAL | RUGER | SP101 | 575-23495 | Revolver | 38SPL | Double | 7/24/2013 | $0.00 | $0.00 |
| 486 RENTAL | SMITH & WESSON | | DTM6698 | Rifle | 22LR | SEMI | 12/26/2013 | $0.00 | $12.00 |
| 491 RENTAL | SIG SAUER 716 | | 23D000420 | Rifle | 7.62x51 | SEMI | 1/24/2014 | $2,541.00 | $0.00 |
| 492 RENTAL | REMINGTON R1 w/ | | RHN46934A | Pistol | 45ACP | SAO | 1/24/2014 | $1,558.00 | $0.00 |
| 493 RENTAL | H&K | P30LS | 213-011538 | Pistol | 9MM | SEMI | 2/7/2014 | $673.51 | $0.00 |
| 494 RENTAL | H&K | P30 V3 | 219-013978 | Pistol | 40SW | DA/SA | 2/7/2014 | $641.10 | $0.00 |
| 495 RENTAL | SPRINGFIELD RO 1911A1 | 1911 | NM351892 | Pistol | 45ACP | SAO | 2/7/2014 | $513.00 | $0.00 |
| 496 RENTAL | SPRINGFIELD | 1911 | NM344251 | Pistol | 9MM | SAO | 2/7/2014 | $587.00 | $0.00 |
| 497 RENTAL | SPRINGFIELD | XDM 4.5 40W | MG318618 | Pistol | 40 SW | SEMI | 2/7/2014 | $391.00 | $0.00 |
| 498 RENTAL | SPRINGFIELD | XDM 3.8 | MG772892 | Pistol | 9MM | SEMI | 2/7/2014 | $395.00 | $0.00 |
| 499 RENTAL | SPRINGFIELD | XDM 5.25 | MG625568 | Pistol | 45ACP | SEMI | 2/7/2014 | $468.00 | $0.00 |
| 503 RENTAL | H&K | HK45C | 216-011699 | Pistol | 45ACP | SA/DA | 2/7/2014 | $725.68 | $0.00 |
| 504 RENTAL | PARA-ORDNANCE | 14-45 | 01141PR | Pistol | 45ACP | SAO | 2/7/2014 | $779.40 | $0.00 |
| 505 RENTAL | DANIEL DEFENSE | M4 | DDB023652C | Rifle | 5.56 | SEMI | 2/7/2014 | $899.59 | $0.00 |
| 506 RENTAL | DANIEL DEFENSE | M4 | DD019405C | Rifle | 5.56 | SEMI | 2/7/2014 | $899.59 | $0.00 |
| 508 RENTAL | SPRINGFIELD | XDM | MG775369 | Pistol | 9MM | SEMI | 2/18/2014 | $391.00 | $0.00 |
| 509 RENTAL | SPRINGFIELD | XDM 3.8 | MG321348 | Pistol | 40SW | SEMI | 2/18/2014 | $391.00 | $0.00 |
| 512 RENTAL | SPRINGFIELD | XD-S 9MM | S3913344 | Pistol | 9MM | SEMI | 2/20/2014 | $377.00 | $0.00 |
| 513 RENTAL | SIG SAUER | P226 | UU782845 | Pistol | 9MM | SEMI | 2/28/2014 | $705.45 | $0.00 |
| 514 RENTAL | SIG SAUER | P229 | AKU19448 | Pistol | 9MM | SEMI | 2/28/2014 | $705.45 | $0.00 |
| 516 RENTAL | SPRINGFIELD | XDM 45 3.8 COMPACT | MG627771 | Pistol | 45ACP | SEMI | 3/28/2014 | $410.00 | $0.00 |
| 517 RENTAL | SPRINGFIELD | XDS 45 3.3 BLACK | S3143499 | Pistol | 45ACP | SEMI | 3/28/2014 | $340.00 | $0.00 |
| 540 RENTAL | SMITH & WESSON | 10 | 2D69039 | Revolver | 38SPL | DOUBLE | 4/18/2014 | $0.00 | $0.00 |
| 543 RENTAL | H&K | HK45 TACTICAL V1 | HKU-022885 | Pistol | 45ACP | DA/SA | 4/28/2014 | $910.33 | $0.00 |
| 545 RENTAL | GLOCK | 42 | AATG281 | Pistol | 380ACP | SEMI | 6/3/2014 | $352.00 | $0.00 |
| 546 RENTAL | SPRINGFIELD | XDS 9MM | S4917280 | Pistol | 9MM | SEMI | 6/3/2014 | $340.00 | $0.00 |
| 549 RENTAL | SIG SAUER | 1911 | 54B032118 | Pistol | 45ACP | SAO | 7/7/2014 | $683.00 | $0.00 |

| 551 | RENTAL | SIG SAUER | M11-A1 | 45A006994 | Pistol | 9MM | SEMI | 7/8/2014 | $731.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| 552 | RENTAL | STOEGER | COUGER | T6429-14H00418 | Pistol | 45ACP | SEMI | 8/13/2014 | $380.00 | $0.00 |
| 553 | RENTAL | CZ-USA | 75B | B429882 | Pistol | 9MM | SEMI | 8/18/2014 | $446.95 | $0.00 |
| 554 | RENTAL | RUGER | 22/45 LITE | 390-84293 | Pistol | 22LR | SEMI | 8/18/2014 | $340.00 | $0.00 |
| 555 | RENTAL | RUGER | LCR 22 | 548-86996 | Revolver | 22LR | DAO | 8/18/2014 | $366.00 | $0.00 |
| 556 | RENTAL | RUGER | REDHAWK | 552-78683 | Revolver | 44MAG | DOUBLE | 8/18/2014 | $711.00 | $0.00 |
| 558 | RENTAL | REMSPORT MFG | 1911 | 02080 | Pistol | 45ACP | SAO | 9/12/2014 | $0.00 | $0.00 |
| 559 | RENTAL | SIG SAUER | P320F | 58B001482 | Pistol | 9MM | SEMI | 9/25/2014 | $464.07 | $0.00 |
| 560 | RENTAL | KIMBER | CUSTOM II | K476461 | Pistol | 45ACP | SAO | 10/21/2014 | $784.00 | $0.00 |
| 490 | RENTAL | FNH | FIVE SEVEN | 386255852 | Pistol | 5.7x28 | SEMI | 10/21/2014 | $790.00 | $0.00 |
| 561 | RENTAL | SIG SAUER | P238 | 27B085300 | Pistol | 380ACP | SEMI | 10/23/2014 | $407.58 | $0.00 |
| 563 | RENTAL | STOEGER | COUGAR | T6429-13A04430 | Pistol | 9MM | SEMI | 10/28/2014 | $338.00 | $0.00 |
| 564 | RENTAL | GLOCK | 17 | G62576 | Pistol | 9MM | SEMI | 1/11/2015 | $380.00 | $0.00 |
| 565 | RENTAL | H&K | VP9 | 224-036744 | Pistol | 9MM | SEMI | 3/23/2015 | $530.00 | $0.00 |
| 567 | RENTAL | GLOCK | 43 | ZRZ837 | Pistol | 9MM | SEMI | 6/29/2015 | $396.00 | $0.00 |
| 541 | RENTAL | SPRINGFIELD | 1911A1 | N566402 | Pistol | 45ACP | SAO | 8/11/2015 | $500.00 | $0.00 |
| 433 | RENTAL | MAGNUM RESEARCH | | D73874 | Rifle | 22MAG | SEMI | 9/24/2015 | $0.00 | $12.00 |
| 574 | RENTAL | WALTHER | PPQ | FAT2987 | Pistol | 9MM | DAO | 2/22/2016 | $0.00 | $12.00 |
| 575 | RENTAL | WALTHER | PPQ | FAJ8415 | Pistol | 9MM | DAO | 4/12/2017 | $0.00 | $12.00 |
| 576 | RENTAL | SMITH&WESSON | MP9 SHIELD | HAW7588 | Pistol | 9MM | DAO | 4/12/2017 | $0.00 | $12.00 |
| 577 | RENTAL | SIG SAUER | P320 | 58B000220 | Pistol | 9MM | DAO | 4/12/2017 | $0.00 | $12.00 |
| 579 | RENTAL | WALTHER | PPQ | FAJ5704 | Pistol | 40SW | DAO | 4/17/2017 | $0.00 | $12.00 |
| 580 | RENTAL | RUGER | GP100 | 176-73939 | Revolver | 357 MAG | SA/DA | 4/26/2017 | $0.00 | $12.00 |
| 581 | RENTAL | RUGER | LC9S | 453-38569 | Pistol | 9MM | DAO | 4/27/2017 | $0.00 | $12.00 |
| 636 | RENTAL | GLOCK | GEN 5 19 | BENW914 | Pistol | 9MM | SEMI | 9/22/2017 | $0.00 | $12.00 |
| 637 | RENTAL | FNH | SLPMK1 | 11BZW05379 | Shotgun | 12 | SEMI | 3/4/2018 | $0.00 | $12.00 |
| 638 | REPAIR | SMITH & WESSON | 686-6 | CPL0538 | Revolver | 357 MAG | SA/DA | 3/8/2018 | $0.00 | $12.00 |
| 39797 | TRADE IN | STOEGER COUGER | COUGAR | T6429-13A05193 | Pistol | 9MM | SEMI | 6/21/2017 | $338.00 | $439.99 |
| 39577 | TRADE IN | ARMALITE SPR MOD 1 5.56MM | SPR MOD 1 | M10-06258 | Rifle | 5.56MM | SEMI | 12/28/2016 | $621.00 | $799.99 |
| 39915 | USED | FNH FNX40 40SW | FNX40 | FX2U002459 | Pistol | .40S&W | SEMI | 8/7/2017 | $500.00 | $499.99 |
| 39916 | USED | BERETTA PX4 STORM | PX4 | PY64893 | Pistol | .40S&W | SEMI | 8/7/2017 | $459.99 | $399.99 |
| 39917 | USED | BERETTA PX4 STORM | PX4 | PX52711 | Pistol | 9MM | SEMI | 8/7/2017 | $475.00 | $399.99 |
| 10 | USED | SIG SAUER SIG556SBR | | JSBR000225 | Rifle | 5.56 | SEMI | 8/3/2009 | $2,089.05 | $1,999.99 |
| 16 | USED | REMINGTON 870 POLICE AOW | | RS35843E | Shotgun | 12GA | PUMP | 5/18/2012 | $627.50 | $699.99 |
| 37133 | USED | USED | | 058366 | Pistol | 380ACP | SEMI | 5/14/2014 | $0.00 | $0.00 |
| 39779 | USED | COLT M4 LOWER | M4 | MTM401531 | Rifle | .223 | SEMI | 6/20/2017 | $249.12 | $0.00 |
| 39926 | USED | BERETTA PX4SC 9MM | PX4SC | PZ50271 | Pistol | 9MM | SEMI | 8/29/2017 | $0.00 | $399.99 |
| 40057 | USED | USED FIREARM | SUPERNOVA TACTICAL | Z699096C | Shotgun | 12GA | PUMP | 2/9/2018 | $0.00 | $299.99 |
| 40058 | USED | SPRINGFIELD XD-9 9MM 3" | XD-9 | XD963899 | Pistol | 9MM | SEMI | 2/12/2018 | $307.00 | $399.99 |
| 40060 | USED | SPRINGFIELD XDM-9 9MM 5.25 | XDM-9 | MG760545 | Pistol | 9MM | SEMI | 2/12/2018 | $452.00 | $499.99 |
| 40061 | USED | RUGER LC380 380ACP | LC380 | 324-24904 | Pistol | .380ACP | SEMI | 2/12/2018 | $235.53 | $299.99 |
| 40062 | USED | RUGER LC9 9MM | LC9 | 322-11891 | Pistol | 9MM | SEMI | 2/12/2018 | $235.53 | $299.99 |
| 40070 | USED | WALTHER PK380 380ACP | PK380 | PK030821 | Pistol | .380ACP | SEMI | 3/8/2018 | $235.53 | $274.99 |
| 40071 | USED | WALTHER PK380 380ACP | PK380 | PK077199 | Pistol | .380ACP | SEMI | 3/8/2018 | $235.53 | $274.99 |
| 40072 | USED | GLOCK 19 9MM | 19 | HFW263 | Pistol | 9MM | SEMI | 3/8/2018 | $235.53 | $0.00 |
| 40075 | USED | SPRINGFIELD XD 40S&W | XD | XD465286 | Pistol | .40S&W | SEMI | 3/8/2018 | $235.53 | $449.99 |
| 40076 | USED | CENTURY ARMS ULTRA87 12GA | ULTRA 87 | V8701093 | Shotgun | 12GAUGE | PUMP | 3/8/2018 | $235.53 | $0.00 |
| 40077 | USED | HK P2000 9MM | P2000 | 116-034327 | Pistol | 9MM | SEMI | 3/8/2018 | $235.53 | $699.99 |

**Total Inventory Value  $68,716.67**

**Fill in this information to identify the case:**

Debtor name          **Blue Ridge Arsenal, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known)   **18-10472**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** | **Access National Bank**<br>Creditor's Name<br><br>**106 Catoctin Circle, SE**<br>**Leesburg, VA 20175**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**August 4, 2010**<br>**Last 4 digits of account number**<br>**3001**<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**All assets, including inventory, furniture, fixtures and equipment, accounts, chattel paper, instruments and general intangibles, and proceeds therefrom.**<br><br>Describe the lien<br>**Second Position Non-Purchase Money Security**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | **$613,686.25** | **$997,203.93** |
| **2.2** | **Access National Bank**<br>Creditor's Name<br><br>**106 Catoctin Circle, SE**<br>**Leesburg, VA 20175**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**February 10, 2016**<br>**Last 4 digits of account number**<br>**5582** | Describe debtor's property that is subject to a lien<br>**All assets, including inventory, furniture, fixtures and equipment, accounts, chattel paper, instruments and general intangibles, and proceeds therefrom.**<br><br>Describe the lien<br>**First Position Non-Purchase Money Security**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | $21,403.81 | $997,203.93 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor | **Blue Ridge Arsenal, Inc.** | Case number (if know) | **18-10472** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Channel Partners Capital, LLC** | | |
|---|---|---|---|

Creditor's Name

**11100 Wayzata Blvd., Ste 305
Minnetonka, MN 55305**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
September 11, 2017
Last 4 digits of account number
0825**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**        **$90,158.40**        **$997,203.93**
**All assets, including inventory, furniture, fixtures and equipment, accounts, chattel paper, instruments and general intangibles, and proceeds therefrom.**

**Describe the lien**
**Sixth Position Non-Purchase Money Security Interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Dell Financial Services** | | |
|---|---|---|---|

Creditor's Name

**One Dell Way
Round Rock, TX 78682**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**        **$1,059.80**        **$5,000.00**
**Computers**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Sandy Spring Bank** | Describe debtor's property that is subject to a lien | **Unknown** | **$997,203.93** |
|---|---|---|---|---|

| Debtor | **Blue Ridge Arsenal, Inc.** | Case number (if know) | **18-10472** |
|---|---|---|---|
| | Name | | |

Creditor's Name

**c/o Henry & O'Donnell, PC
300 N. Washington St., Ste
204
Alexandria, VA 22314**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**August 29, 2016**

**Last 4 digits of account number
0070**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

All assets, including inventory, furniture,
fixtures and equipment, accounts, chattel
paper, instruments and general intangibles,
and proceeds therefrom.

**Describe the lien**

**Third Position Indemnity Non-Purchase
Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.6 | **Sandy Spring Bank** | | **Unknown** | **$997,203.93** |

Creditor's Name

**c/o Henry & O'Donnell, PC
300 N. Washington St., Ste
204
Alexandria, VA 22314**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**September 26, 2016**

**Last 4 digits of account number
0001**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**

All assets, including inventory, furniture,
fixtures and equipment, accounts, chattel
paper, instruments and general intangibles,
and proceeds therefrom.

**Describe the lien**

**Fourth Position Indemnity Non-Purchase
Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.7 | **Sandy Spring Bank** | | **Unknown** | **$997,203.93** |

Creditor's Name

**c/o Henry & O'Donnell, PC
300 N. Washington St., Ste
204
Alexandria, VA 22314**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**

All assets, including inventory, furniture,
fixtures and equipment, accounts, chattel
paper, instruments and general intangibles,
and proceeds therefrom.

**Describe the lien**

**Fifth Position Indemnity Non-Purchase
Money Security Interest**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **Blue Ridge Arsenal, Inc.** | Case number (if know) | **18-10472** |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**
**March 3, 2017**
**Last 4 digits of account number**
**0007**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$726,308.26**

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Joel L. Dahnke, Esq**<br>**11350 Random Hills Road**<br>**Suite 700**<br>**Fairfax, VA 22030** | Line _**2.1**_ | **3001** |
| **Joel L. Dahnke, Esq**<br>**11350 Random Hills Road**<br>**Suite 700**<br>**Fairfax, VA 22030** | Line _**2.2**_ | **5582** |
| **Kevin M. O'Donnell**<br>**Henry & O'Donnell, PC**<br>**300 N. Washington St., Ste 204**<br>**Alexandria, VA 22314** | Line _**2.5**_ | |
| **Kevin M. O'Donnell**<br>**Henry & O'Donnell, PC**<br>**300 N. Washington St., Ste 204**<br>**Alexandria, VA 22314** | Line _**2.6**_ | |
| **Kevin M. O'Donnell**<br>**Henry & O'Donnell, PC**<br>**300 N. Washington St., Ste 204**<br>**Alexandria, VA 22314** | Line _**2.7**_ | |
| **US Business Funding**<br>**1 MacArthur Place, Suite 350**<br>**Santa Ana, CA 92707** | Line _**2.3**_ | |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Blue Ridge Arsenal, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA

Case number (if known) **18-10472**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address
**Brandon Honeycutt**
**7205 Noland Road**
**Falls Church, VA 22042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$256.80**   Priority amount **$256.80**

Date or dates debt was incurred
**February 7-9, 2018**

Basis for the claim:
**Prepetition hourly wages (paid post-petition per Order entered 2-22-18 [Docket #23])**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**2.2** Priority creditor's name and mailing address
**Brenda Burke**
**6318 Bluestone Place**
**Clifton, VA 20124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$70.00**   Priority amount **$70.00**

Date or dates debt was incurred
**February 7-9, 2018**

Basis for the claim:
**Prepetition hourly wages (paid post-petition per Order entered 2-22-18 [Docket #23])**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Blue Ridge Arsenal, Inc. | Case number (if known) | 18-10472 |
|--------|--------------------------|------------------------|----------|
|        | Name                     |                        |          |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.76 | $78.76 |
|-----|----------------------------------------------|------------------------------------------------|--------|--------|

**Christian Shultz**
**6806 Wandering Lane**
**Clifton, VA 20124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**February 7-9, 2018**

Basis for the claim:
**Prepetition hourly wages (paid post-petition per Order entered 2-22-18 [Docket #23])**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,699.50 | $1,699.50 |
|-----|----------------------------------------------|------------------------------------------------|-----------|-----------|

**Commonwealth of Virginia**
**Department of Taxation**
**Legal Unit, P.O. Box 2156**
**Richmond, VA 23218**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**January 2018**

Basis for the claim:
**Sales Taxes (payment tendered prepetition, but account frozen prior to honoring of check; replacement check tendered postpetition)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $142.85 | $142.85 |
|-----|----------------------------------------------|------------------------------------------------|---------|---------|

**Deborah L. Curtis**
**11021 Burywood Lane**
**Reston, VA 20194**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**February 7-9, 2018**

Basis for the claim:
**Prepetition salary (paid post-petition per Order entered 2-22-18 [Docket #23])**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.16 | $110.16 |
|-----|----------------------------------------------|------------------------------------------------|---------|---------|

**Donnel Dover**
**2302 Whitetail Court**
**Reston, VA 20191**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**February 7-9, 2018**

Basis for the claim:
**Prepetition hourly wages (paid post-petition per Order entered 2-22-18 [Docket #23])**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Blue Ridge Arsenal, Inc. | Case number (if known) | 18-10472 |
|---|---|---|---|
| | Name | | |

---

**2.7**

Priority creditor's name and mailing address

**Earl L. Curtis**
**1855 St. Francis Court, #301**
**Reston, VA 20190**

Date or dates debt was incurred

**February 7-9, 2018**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Prepetition salary (paid post-petition per Order entered 2-22-18 [Docket #23])**

Is the claim subject to offset?
■ No
☐ Yes

$142.85    $142.85

---

**2.8**

Priority creditor's name and mailing address

**Fairfax County Dept. Taxation**
**Fx Cty Gov't Center, Ste. 223**
**12000 Government Center Pkwy**
**Fairfax, VA 22035**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Purposes Only.**

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

**2.9**

Priority creditor's name and mailing address

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Purposes Only**

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

**2.10**

Priority creditor's name and mailing address

**Jennifer Wolverson**
**708 Donaldson Lane SW**
**Leesburg, VA 20175**

Date or dates debt was incurred

**February 7-9, 2018**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Prepetition hourly wages**

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

| Debtor | Blue Ridge Arsenal, Inc. | Case number (if known) | 18-10472 |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $214.75 | $214.75 |
|---|---|---|---|---|
| | **John Summer** | *Check all that apply.* | | |
| | **814 South Colonial Avenue** | ☐ Contingent | | |
| | **Sterling, VA 20164** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **February 7-9, 2018** | **Prepetition hourly wages (paid post-petition per Order entered 2-22-18 [Docket #23])** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No | | |
| | | ☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $514.85 | $514.85 |
|---|---|---|---|---|
| | **Mark Warner** | *Check all that apply.* | | |
| | **7441 Willoughby Lane #103** | ☐ Contingent | | |
| | **Manassas, VA 20109** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **February 7-9, 2018** | **Prepetition hourly wages (paid post-petition per Order entered 2-22-18 [Docket #23])** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $204.20 | $204.20 |
|---|---|---|---|---|
| | **Michael Monaghan** | *Check all that apply.* | | |
| | **3619 N Delaware St** | ☐ Contingent | | |
| | **Arlington, VA 22207** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **February 7-9, 2018** | **Prepetition hourly wages (paid post-petition per Order entered 2-22-18 [Docket #23])** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.10 | $83.10 |
|---|---|---|---|---|
| | **Rafael Barreto-Sosa** | *Check all that apply.* | | |
| | **5426 Long Boat Court** | ☐ Contingent | | |
| | **Fairfax, VA 22032** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **February 7-9, 2018** | **Prepetition hourly wages (paid post-petition per Order entered 2-22-18 [Docket #23])** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | Blue Ridge Arsenal, Inc. | Case number (if known) | 18-10472 |
|---|---|---|---|
| | Name | | |

---

**2.15** | Priority creditor's name and mailing address

**Robert Gallagher**
**1798 Clovermeadow Drive**
**Vienna, VA 22182**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

Date or dates debt was incurred
**February 7-9, 2018**

Basis for the claim:
**Prepetition hourly wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.16** | Priority creditor's name and mailing address

**Robert Thibeault Jr**
**3037 Jefferson Woods Lane**
**Amissville, VA 20106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

Date or dates debt was incurred
**February 7-9, 2018**

Basis for the claim:
**Prepetition hourly wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.17** | Priority creditor's name and mailing address

**Stacey M. Aivaliotis**
**2330 Dulles Station Boulevard**
**#2453**
**Herndon, VA 20171**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

Date or dates debt was incurred
**February 7-9, 2018**

Basis for the claim:
**Prepetition hourly wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.18** | Priority creditor's name and mailing address

**Summer Wagenfurth**
**12672 Magna Carta Road**
**Herndon, VA 20171**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$113.10     $113.10

Date or dates debt was incurred

**February 7-9, 2018**

Basis for the claim:
**Prepetition hourly wages (paid post-petition per Order entered 2-22-18 [Docket #23])**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Blue Ridge Arsenal, Inc.** | Case number *(if known)* | **18-10472** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $277.20 | $277.20 |
|---|---|---|---|---|

**William Knudsen
3712 Woodburn Road
Annandale, VA 22003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **February 7-9, 2018** | **Prepetition hourly wages (paid post-petition per Order entered 2-22-18 [Docket #23])** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Part 2: | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,150.00 |
|---|---|---|---|

**5EI LLC
1751 Pinnacle Drive, #600
Mc Lean, VA 22102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Website design and maintenance services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,421.14 |
|---|---|---|---|

**AcuSport Corporation
One Hunter Place
Bellefontaine, OH 43311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **February 4, 2011**

Last 4 digits of account number  **6571**

Basis for the claim:  **Firearm and accessories supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,807.61 |
|---|---|---|---|

**Air Cleaning Technologies, Inc
44966 Falcon Place, Suite 190
Sterling, VA 20166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 3, 2017**

Last 4 digits of account number  **3481**

Basis for the claim:  **Air filters and related services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $425.27 |
|---|---|---|---|

**Alliance Sports Group LP
3025 N. Great SW Pkwy
Grand Prairie, TX 75050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October 4, 2017**

Last 4 digits of account number  **9823**

Basis for the claim:  **Firearms accessories supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,942.66 |
|---|---|---|---|

**Big Rock Sports LLC
1141 Jay Lane
Graham, NC 27253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **January 19 to April 19, 2017**

Last 4 digits of account number  **3730**

Basis for the claim:  **Firearms and ammunitions supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Blue Ridge Arsenal, Inc.** | Case number (if known) | **18-10472** |
|---|---|---|---|
| | Name | | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,500.00** |
|---|---|---|---|

**Brandon Honeycutt**
**7205 Noland Road**
**Falls Church, VA 22042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **September to December 2017**

Basis for the claim:  **Firearms accessories and supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,651.00** |
|---|---|---|---|

**Commercial Express HVAC, Inc.**
**3656 Centerview Drive, Ste. 12**
**Chantilly, VA 20151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **June 30 to October 1, 2016**

Basis for the claim:  **HVAC services**

Last 4 digits of account number **3884**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,497.79** |
|---|---|---|---|

**Davidson's Inc.**
**6100 Wilkinson Drive**
**Prescott, AZ 86301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Firearms supplier**

Last 4 digits of account number **8023**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$309,566.26** |
|---|---|---|---|

**Deborah L. Curtis**
**11021 Burywood Lane**
**Reston, VA 20194**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Various from 2016-present**

Basis for the claim:  **Insider loans to fund company operating expenses**

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$207,353.91** |
|---|---|---|---|

**Earl L. Curtis**
**1855 St. Francis Court, #301**
**Reston, VA 20190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Various from 2016-present**

Basis for the claim:  **Insider loans to finance monthly operating expenses**

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,097.35** |
|---|---|---|---|

**Ecology Mir Group, LLC**
**10432 Balls Ford Rd, Ste. 300**
**Manassas, VA 20109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Firearms and ammunitions supplier**

Last 4 digits of account number **1751**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,157.35** |
|---|---|---|---|

**ESI Electronic Systems**
**P.O. Box 603065**
**Charlotte, NC 28260-3065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim:  **Toner service for copiers**

Last 4 digits of account number **BR35**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Blue Ridge Arsenal, Inc.** | Case number *(if known)* | **18-10472** |
|---|---|---|---|
| | Name | | |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,267.00** |
|---|---|---|---|

**Flint Lee Road, LLC**
**c/o Rosenthal Properties**
**1945 Old Gallows Rd., Ste. 300**
**Vienna, VA 22182**

Date(s) debt was incurred  **November 3, 2009**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prorated rent due for commercial premises lease (February 1 through 9, 2018)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,201.94** |
|---|---|---|---|

**J. Reilly Associates**
**3305 North Nottingham Street**
**Arlington, VA 22207**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  **0112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Paper products**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,702.08** |
|---|---|---|---|

**KeepSafe, LLC**
**P.O. Box 0304**
**Springfield, VA 22150-0304**

Date(s) debt was incurred  **various dates in 2017**

Last 4 digits of account number  **n/a**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Firearms accessories supplier**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Mark Warner**
**7441 Willoughby Lane #103**
**Chantilly, VA 20152**

Date(s) debt was incurred  **October to December 2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Firearm consignment sales**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,379.09** |
|---|---|---|---|

**Mercedes-Benz Financial**
**P. O. Box 5209**
**Carol Stream, IL 60197-5209**

Date(s) debt was incurred  **June 1, 2014**

Last 4 digits of account number  **0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Automobile lease (expired December 1, 2017 and vehicle surrendered)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,869.14** |
|---|---|---|---|

**Oakley Inc.**
**One Icon**
**Foothill Ranch, CA 92610**

Date(s) debt was incurred  **December 1, 2016**

Last 4 digits of account number  **1052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Firearms accessories supplier**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$612.70** |
|---|---|---|---|

**Personal Safety Outlet**
**56252 Commercial Way**
**PMB 211**
**Weeki Wachee, FL 34613**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Firearms and accessories supplier**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Blue Ridge Arsenal, Inc.** | Case number *(if known)* | **18-10472** |
|---|---|---|---|
| | Name | | |

---

**3.20** | Nonpriority creditor's name and mailing address
**Potomac Environmental Inc.**
P.O. Box 1836
Stafford, VA 22555-1838

Date(s) debt was incurred  **May 25, 2017**
Last 4 digits of account number  **1256**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Filter disposal services**

Is the claim subject to offset? ■ No ☐ Yes

**$8,142.70**

---

**3.21** | Nonpriority creditor's name and mailing address
**Pyramex Safety Products**
281 Moore Lane
Collierville, TN 38017

Date(s) debt was incurred  **January 11, 2017**
Last 4 digits of account number  **3619**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Firearms accessories (eye protection)**

Is the claim subject to offset? ■ No ☐ Yes

**$1,939.36**

---

**3.22** | Nonpriority creditor's name and mailing address
**Robert S. Naftal, P.C.**
11260 Roger Bacon Drive #504
Reston, VA 20190

Date(s) debt was incurred  **December 5, 2017 to January 9, 2018**
Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal services**

Is the claim subject to offset? ■ No ☐ Yes

**$22,308.37**

---

**3.23** | Nonpriority creditor's name and mailing address
**Sharad and Seema Gupta Trust**
c/o Sharad and Seema Gupta
6594 Ellies Way
Fairfax Station, VA 22039

Date(s) debt was incurred  **May 23, 2016**
Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Loan**

Is the claim subject to offset? ■ No ☐ Yes

**$100,000.00**

---

**3.24** | Nonpriority creditor's name and mailing address
**Skyline Publishing**
P.O. Box 9014
Peoria, IL 61612

Date(s) debt was incurred  **June 7, 2017**
Last 4 digits of account number  **3021**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing brochure services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.25** | Nonpriority creditor's name and mailing address
**Sundra Printing**
14508-C Lee Road
Chantilly, VA 20151

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Printing services**

Is the claim subject to offset? ■ No ☐ Yes

**$520.52**

---

**3.26** | Nonpriority creditor's name and mailing address
**Watts Group, Inc.**
4161 Chain Bridge Road
Fairfax, VA 22030

Date(s) debt was incurred  **September - December 2017**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounting services**

Is the claim subject to offset? ■ No ☐ Yes

**$10,000.00**

---

| Debtor | Blue Ridge Arsenal, Inc. | Case number (if known) | 18-10472 |
|---|---|---|---|
| | Name | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,500.00 |
|---|---|---|---|

**Wells Fargo Financial Leasing**
**P.O. Box 10306**
**Des Moines, IA 50306-0306**

Date(s) debt was incurred **September 13, 2016**

Last 4 digits of account number **4043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equipment lease for two HP Printers**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $816,801.92 |
|---|---|---|---|

**Winding Brook Range LLC**
**6594 Ellies Way**
**Fairfax Station, VA 22039**

Date(s) debt was incurred **September 19, 2017**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Judgment arising out of guaranty of lease obligation for Blue Ridge Arsenal at Winding Brook LLC**

Is the claim subject to offset? ☑ No ☐ Yes

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **CMI Credit Mediators, Inc.**<br>**P.O. Box 456**<br>**Upper Darby, PA 19082-0456** | Line **3.21**<br><br>☐ Not listed. Explain ___ | **0926** |
| 4.2 | **Commerical Express HVAC, Inc.**<br>**P.O. Box 710748**<br>**Herndon, VA 20171** | Line **3.7**<br><br>☐ Not listed. Explain ___ | **3884** |
| 4.3 | **ESI Electronic Systems**<br>**8260 Greensboro Drive**<br>**Suite A-15**<br>**Mc Lean, VA 22102** | Line **3.12**<br><br>☐ Not listed. Explain ___ | _ |
| 4.4 | **Hillcrest, Davidson & Assocs.**<br>**715 N. Glenville, Suite 450**<br>**Richardson, TX 75081** | Line **3.5**<br><br>☐ Not listed. Explain ___ | **90VA** |
| 4.5 | **Jaime B. Wisegarver, Esq.**<br>**2100 E. Cary Street**<br>**Richmond, VA 23223** | Line **3.28**<br><br>☐ Not listed. Explain ___ | _ |
| 4.6 | **Kevin L. Leahy, Esq.**<br>**9300 Grant Ave., #200**<br>**Manassas, VA 20110** | Line **3.11**<br><br>☐ Not listed. Explain ___ | **1751** |
| 4.7 | **Morgan Cohen & Bach LLC**<br>**7225 N. Mona Lisa Rd, Ste. 200**<br>**Tucson, AZ 85741** | Line **3.8**<br><br>☐ Not listed. Explain ___ | **8023** |
| 4.8 | **P. George Eliades, II, Esq.**<br>**The Eliades Law Firm, PLLC**<br>**14000 N. Enon Church Road**<br>**Chester, VA 23836** | Line **3.2**<br><br>☐ Not listed. Explain ___ | _ |

| Debtor | **Blue Ridge Arsenal, Inc.** | | |
|---|---|---|---|
| | Name | Case number (if known) | **18-10472** |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.9 | **Pyramex Safety Products**<br>**P.O. Box 1000, Dept. 324**<br>**Memphis, TN 38148-0324** | Line **3.21**<br><br>☐ Not listed. Explain ____ | **RAC1** |
| 4.10 | **Wells Fargo Financial Leasing**<br>**800 Walnut, 4th Floor**<br>**Des Moines, IA 50309** | Line **3.27**<br><br>☐ Not listed. Explain ____ | **4043** |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 3,908.12 |
| **5b. Total claims from Part 2** | 5b.  + | $ 1,660,815.16 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,664,723.28 |

**Fill in this information to identify the case:**

Debtor name  **Blue Ridge Arsenal, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known)   **18-10472**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
     (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement dated November 19, 2002, as extended on November 3, 2009 and May 21, 2014, for commercial premises at 14725-I, J, and K Flint Lee Road, Chantilly, VA 20151. The Lease is scheduled to expire on November 30, 2019.** |
| State the term remaining | **Approximately 22 months** |
| List the contract number of any government contract | **Flint Lee Road, LLC** c/o Rosenthal Properties 1945 Old Gallows Rd., Ste. 300 Vienna, VA 22182 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Debtor is party to hundreds of contracts with its customers providing for the use of the firing range facilities.  These contracts are either prepaid or payable monthly.  Debtor considers all contracts executory. The contracts will be assumed or rejected under any plan of reorganization. If rejected, non-debtor parties will be given notice and opportunity to file claims.** |
| State the term remaining | |
| List the contract number of any government contract | **Unidentified Customers** |

| Debtor 1 | **Blue Ridge Arsenal, Inc.** | | | Case number *(if known)* | **18-10472** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |


**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor acts as a consignee for approximately forty-five (45) individuals who have consigned their personal firearm(s) and accompanying accessories to the Debtor for the purpose of marketing and selling said items for the benefit of the consigning individuals. Each consignment is implemented pursuant to the terms of a Consignment Agreement Form between the Debtor and each individual consignor. Each Consignment Form specifies a target sales price and provides that the Debtor will be compensated at the greater of $50 or 20% of the price at which each consigned firearm is actually sold. Following a sale, the Debtor holds all sales proceeds and (i) pays the consignor by the fifteenth of each calendar month with respect to each sale occurring during the previous thirty days, and (ii) retains a portion of the sales proceeds.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Various Consignors** |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease Agreement dated September 13, 2016 for two HP Laserjet Printers (Model #M630F and #M527F). Term is for 39 months.** | |
|---|---|---|---|
| | State the term remaining | **23 months** | **Wells Fargo Financial Leasing P.O. Box 10306 Des Moines, IA 50306-0306** |
| | List the contract number of any | | |

| Debtor 1 | **Blue Ridge Arsenal, Inc.** | | | Case number *(if known)* | **18-10472** |
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

**Fill in this information to identify the case:**

Debtor name  **Blue Ridge Arsenal, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA

Case number (if known) **18-10472**

☐ Check if this is an
 amended filing

## Official Form 206H
## Schedule H: Your Codebtors          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Blue Rdg Arsenl @ Windng Brook** | **c/o Earl I. Curtis, Manager 14725 K Flint Lee Road Chantilly, VA 20151** | **Winding Brook Range LLC** | ☐ D ____<br>■ E/F __3.28__<br>☐ G ____ |
| 2.2 | **Blue Rdg Arsenl @ Windng Brook** | **c/o Earl I. Curtis, Manager 14725 K Flint Lee Road Chantilly, VA 20151** | **Sandy Spring Bank** | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **Blue Rdg Arsenl @ Windng Brook** | **c/o Earl I. Curtis, Manager 14725 K Flint Lee Road Chantilly, VA 20151** | **Sandy Spring Bank** | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | **Blue Rdg Arsenl @ Windng Brook** | **c/o Earl I. Curtis, Manager 14725 K Flint Lee Road Chantilly, VA 20151** | **Sandy Spring Bank** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Blue Ridge Arsenal, Inc.** | | Case number *(if known)* | **18-10472** |

---

| ▪ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- |
| 2.5 | Deborah L. Curtis | 11021 Burywood Lane<br>Reston, VA 20194 | Access National Bank | ▪ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | Deborah L. Curtis | 11021 Burywood Lane<br>Reston, VA 20194 | Access National Bank | ▪ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Deborah L. Curtis | 11021 Burywood Lane<br>Reston, VA 20194 | Channel Partners Capital, LLC | ▪ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Deborah L. Curtis | 11021 Burywood Lane<br>Reston, VA 20194 | Sandy Spring Bank | ▪ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Deborah L. Curtis | 11021 Burywood Lane<br>Reston, VA 20194 | Sandy Spring Bank | ▪ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Deborah L. Curtis | 11021 Burywood Lane<br>Reston, VA 20194 | Sandy Spring Bank | ▪ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Earl L. Curtis | 1855 St. Francis Court, #301<br>Reston, VA 20190 | AcuSport Corporation | ☐ D _____<br>▪ E/F ___3.2___<br>☐ G _____ |
| 2.12 | Earl L. Curtis | 1855 St. Francis Court, #301<br>Reston, VA 20190 | Access National Bank | ▪ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Blue Ridge Arsenal, Inc.** | Case number *(if known)* | **18-10472** |
|---|---|---|---|

▆ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.13 | **Earl L. Curtis** | **1855 St. Francis Court, #301**<br>**Reston, VA 20190** | **Access National Bank** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.14 | **Earl L. Curtis** | **1855 St. Francis Court, #301**<br>**Reston, VA 20190** | **Channel Partners Capital, LLC** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | **Earl L. Curtis** | **1855 St. Francis Court, #301**<br>**Reston, VA 20190** | **Sandy Spring Bank** | ■ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | **Earl L. Curtis** | **1855 St. Francis Court, #301**<br>**Reston, VA 20190** | **Sandy Spring Bank** | ■ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | **Earl L. Curtis** | **1855 St. Francis Court, #301**<br>**Reston, VA 20190** | **Sandy Spring Bank** | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Blue Ridge Arsenal, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known)   **18-10472**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:      Income**

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    |---|---|---|
    | **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$1,498,857.00** |
    | **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$2,184,028.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    |---|---|---|

**Part 2:      List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | **Blue Ridge Arsenal, Inc.** | | Case number *(if known)* **18-10472** |
|---|---|---|---|

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Channel Partners Capital, LLC**<br>**11100 Wayzata Blvd., Ste 305**<br>**Minnetonka, MN 55305** | **November 8, 2017 to February 8, 2018** | **$35,499.87** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **(Lender is secured by junior lien on all assets)** |
| 3.2. | **Access National Bank**<br>**1800 Robert Fulton Drive**<br>**Reston, VA 20191** | **November 28, 2017 and January 24, 2018** | **$41,969.12** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **(Lender is secured by senior lien on all assets)** |
| 3.3. | **Flint Lee Road, LLC**<br>**c/o Rosenthal Properties**<br>**1945 Old Gallows Rd., Ste. 300**<br>**Vienna, VA 22182** | **November 16, 2017, December 15, 2017 and January 23, 2018** | **$41,601.62** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Rent for leased commercial premises** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

| Debtor | **Blue Ridge Arsenal, Inc.** | Case number *(if known)* | **18-10472** |

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Winding Brook Range, LLC v. Blue Ridge Arsenal, Inc.**<br>**V17-1500** | **Garnishment Proceedings (various bank accounts)** | **County Of Hanover General District Court**<br>**P.O. Box 176**<br>**District Courts Building**<br>**7530 County Complex Road, 1st Floor**<br>**Hanover, VA 23069** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **AcuSport Corporation v. Blue Ridge Arsenal, Inc., et al.**<br>**041CL17002768-00** | **Breach of Contract Action** | **Chesterfield County Circuit Court**<br>**9500 Courthouse Road**<br>**Chesterfield, VA 23832-0909** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Ecology Mir Group, LLC v. Blue Ridge Arsenal, Inc.**<br>**GV17016115-00** | **Warrant in Debt** | **Prince William County Gen. District Ct**<br>**9311 Lee Avenue**<br>**Manassas, VA 20110** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Virginia Department of Labor and Industry v. Blue Ridge Arsenal, Inc.**<br>**Complaint #1214435** | **Notice of Alleged Safety or Health Hazards** | **Virgina Department of Labor and Industry**<br>**9400 Innovation Drive, Suite 120**<br>**Manassas, VA 20110** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

| Debtor | **Blue Ridge Arsenal, Inc.** | Case number *(if known)* **18-10472** |
|---|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Redmon Peyton & Braswell, LLP 510 King Street Suite 301 Alexandria, VA 22314** | **Attorney Fees** | **February 8, 2018** | **$2,000.00** |
| | Email or website address **rmmarino@rpb-law.com** | | | |
| | Who made the payment, if not debtor? **Earl L. Curtis** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■  No. Go to Part 9.
☐  Yes. Fill in the information below.

| Debtor | **Blue Ridge Arsenal, Inc.** | Case number *(if known)* **18-10472** |
| --- | --- | --- |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐  No.

■  Yes. State the nature of the information collected and retained.

> **In the course of selling firearms, Debtor requires each buyer to complete and submit a United States Bureau of Alchohol, Tobacco, Firearms and Explosives Form 4473, which records each buyer's name, residence address, place of birth, height, weight, gender, birth date, ethnicity and race.  Social security number is optional, but may be contained in some completed forms.  A "Unique Personal Identification Number" for persons registered with the Federal Bureau of Investigation may also be included.**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐  No. Go to Part 10.

■  Yes. Does the debtor serve as plan administrator?

☐ Money Market

   ■ No Go to Part 10.
   ☐ Yes. Fill in below:

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- | --- |
| 18.1. | **Access National Bank**<br>**1800 Robert Fulton Drive**<br>**Reston, VA 20191** | **XXXX-9801** | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other__ | **January 17, 2018** | $0.00 |
| 18.2. | **Access National Bank**<br>**1800 Robert Fulton Drive**<br>**Reston, VA 20191** | **XXXX-9793** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **January 17, 2018** | $0.00 |

| Debtor | **Blue Ridge Arsenal, Inc.** | | Case number *(if known)* **18-10472** |
|---|---|---|---|

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.3. | **United Bank**<br>**14048 Parkeast Circle, Ste. 100**<br>**Chantilly, VA 20151** | **XXXX-4060** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **February 27, 2018** | **$4,624.62** |
| 18.4. | **First Virginia Community Bank**<br>**11325 Random Hills Road**<br>**Fairfax, VA 22030** | **XXXX-8063** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **February 27, 2018** | **$28,182.35** |
| 18.5. | **Wells Fargo Bank**<br>**14430 Chantilly Crossing Lane**<br>**Chantilly, VA 20151** | **XXXX-8997** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **February 20, 2018** | **$0.00** |
| 18.6. | **Wells Fargo Bank**<br>**14430 Chantilly Crossing Lane**<br>**Chantilly, VA 20151** | **XXXX-9858** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **February 20, 2018** | **$1,776.00** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Blue Ridge Arsenal, Inc.** | Case number *(if known)* | **18-10472** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Blue Ridge Arsenal @ Winding Ridge LLC** **c/o Blue Ridge Arsenal, Inc.** **14725-K Flint Lee Road** **Chantilly, VA 20151** | **14725-K Flint Lee Road** **Chantilly, VA 20151** | **Debtor is holding some of the firearms inventory of Blue Ridge Arsenal @ Winding Ridge LLC, which is currently a debtor in its own Chapter 7 case and which lost its rental facility prior to commencing its own case. Inventory is stored at the Debtor's business premises. An itemized list of the BRA@WRLLC inventory will be provided upon request.** | **$61,202.41** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various Consignors** | **14725-K Flint Lee Road** **Chantilly, VA 20151** | **Approximately forty-five individuals have consigned their personal firearm(s) and accompanying accessories to the Debtor for the purposes of marketing and selling the items for the benefit of the consigning individuals.  The proceeds of sale are divided 80% to consignor and 20% to the Debtor (with a minimum of $50).  A list of the specific weapons is attached as Exhibit SOFA 21.  A list of consignors is being kept confidential, subject to court order or subpoena.** | **$15,773.70** |

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Debtor | **Blue Ridge Arsenal, Inc.** | | Case number *(if known)* **18-10472** |
|---|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. | **Jennifer Watts, CPA<br>Watts Group, Inc.<br>4161 Chain Bridge Road<br>Fairfax, VA 22030** | **Continuous through<br>February 9, 2018** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Watts Group, Inc.<br>4161 Chain Bridge Road<br>Fairfax, VA 22030** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **Access National Bank<br>1800 Robert Fulton Drive<br>Reston, VA 20191** |
| 26d.2. | **Sandy Spring Bank<br>c/o Henry & O'Donnell, PC<br>300 N. Washington St., Ste 204<br>Alexandria, VA 22314** |

| Debtor | Blue Ridge Arsenal, Inc. | Case number *(if known)* | 18-10472 |
|---|---|---|---|

| Name and address | |
|---|---|
| 26d.3. | Channel Partners Capital, LLC<br>11100 Wayzata Blvd., Ste 305<br>Minnetonka, MN 55305 |
| 26d.4. | US Business Funding<br>1 MacArthur Place, Suite 350<br>Santa Ana, CA 92707 |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Earl L. Curtis | 1855 St. Francis Court, #301<br>Reston, VA 20190 | President, Director and Shareholder | 45% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Deborah L. Curtis | 11021 Burywood Lane<br>Reston, VA 20194 | Vice President, Secretary, Director and Shareholder | 45% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael and Jamie McCloskey | 12962 Pinecrest View Court<br>Herndon, VA 20171-2644 | Shareholders | 10% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Deborah L. Curtis<br>11021 Burywood Lane<br>Reston, VA 20194 | $100,000 | February 10, 2017 through February 9, 2018 | Regular salary payments |
| | Relationship to debtor<br>Vice President, Secretary, Director, Shareholder | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Blue Ridge Arsenal, Inc.**                                           Case number *(if known)*  **18-10472**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Earl L. Curtis**<br>**1855 St. Francis Court, #301**<br>**Reston, VA 20190** | **$41,400** | **January 12, 2017 through January 29, 2018** | **Regular salary payments** |
| | Relationship to debtor<br>**President, Director, Shareholder** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  8, 2018**

**/s/ Earl L. Curtis**                                    **Earl L. Curtis**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

Exhibit SOFA 21 (Consignment Firearms Inventory)

**Blue Ridge Arsenal**
Consignment Inventory

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 34697 | CONSIGNMNT | CZ 7.65 | 7.65 | 52923E | Pistol | 7.65 | SEMI | 9/3/2004 | $50.00 | $100.00 |
| 34696 | CONSIGNMNT | HAMILTON 15 .22LR | N.S.N. | Rifle | .22LR | | 8/17/2006 | $160.00 | $200.00 |
| 35076 | CONSIGNMNT | INTRATEC AB-10 | AB-10 | A061721 | Pistol | 9MM | SEMI | 3/3/2010 | $320.00 | $400.00 |
| 35077 | CONSIGNMNT | NORINCO TYPE 56 SKS | TYPE 56 SKS | 18008704 | Rifle | 7.62x39 | SEMI | 3/8/2010 | $280.00 | $350.00 |
| 35073 | CONSIGNMNT | SMITH & WESSON MODEL 1 | MODEL 1 | S1198 | Pistol | 32RIM | SINGLE | 3/30/2013 | $50.00 | $100.00 |
| 35074 | CONSIGNMNT | REMINGTON DERRINGER | DERRINGER | 17012 | Pistol | 32RIM | BREAK | 3/30/2013 | $50.00 | $100.00 |
| 38980 | CONSIGNMNT | ARSENAL SLR-95 7.62x39 | SLR-95 7 | IM370274 | Rifle | 7.62X39 | SEMI | 2/10/2016 | $676.00 | $845.00 |
| 39107 | CONSIGNMNT | ATI GSG AK47 REBEL | GSG AK47 | A503676 | Rifle | .22LR | SEMI | 4/4/2016 | $200.00 | $250.00 |
| 39151 | CONSIGNMNT | MOSSBERG INTERNATIONAL 715T | 715T | EKE3232721 | Rifle | .22LR | SEMI | 5/14/2016 | $150.00 | $200.00 |
| 39660 | CONSIGNMNT | ATI GSG-5 .22LR | GSG-5 | A279011 | Rifle | .22LR | SEMI | 2/2/2017 | $382.50 | $425.00 |
| 39680 | CONSIGNMNT | RUGER LCP .380ACP W/ LASER | LCP | 371274849 | Pistol | .380ACP | SEMI | 2/15/2017 | $280.00 | $350.00 |
| 39709 | CONSIGNMNT | SPRINGFIELD XD45 45ACP | XD45 | US718982 | Pistol | .45ACP | SEMI | 3/8/2017 | $640.00 | $800.00 |
| 39911 | CONSIGNMNT | SIG SAUER P229R | P229R | 55B076807 | Pistol | 9MM | SEMI | 7/29/2017 | $719.20 | $899.00 |
| 39934 | CONSIGNMNT | WINCHESTER 275 | 275 | 519753 | Rifle | 22 WIN | PUMP | 9/16/2017 | $228.00 | $285.00 |
| 39944 | CONSIGNMNT | BERETTA 84F .380ACP | 84F | E26390Y | Pistol | .380ACP | SEMI | 9/21/2017 | $539.99 | $599.99 |
| 39945 | CONSIGNMNT | NIGHTHAWK CUSTOM T3 9MM | T3 | NCP17174 | Pistol | 9MM | SEMI | 9/21/2017 | $2,000.00 | $2,500.00 |
| 40015 | CONSIGNMNT | SAVAGE MARK II | MARK II | 1410399 | Rifle | 22LR | BOLT | 11/19/2017 | $150.94 | $200.00 |
| 40020 | CONSIGNMNT | MARLIN 60 | 60 | 98412064 | Rifle | 22LR | SEMI | 12/1/2017 | $125.07 | $175.00 |
| 40021 | CONSIGNMNT | WINCHESTER 9422 | 9422 | F91381 | Rifle | 22 WIN MAG | LEVER | 12/1/2017 | $240.00 | $300.00 |
| 40026 | CONSIGNMNT | AERO PRECISION X15 5.56MM | X15 | X030580 | Rifle | 5.56MM | SEMI | 12/11/2017 | $800.00 | $1,000.00 |
| 40029 | CONSIGNMNT | TGI/MOLOT-ORUZHIE LTD VEPR-12 | VEPR-12 | 12VCA8011 | Shotgun | 12GAUGE | SEMI | 12/24/2017 | $640.00 | $800.00 |
| 40030 | CONSIGNMNT | REMINGTON 742 30-06 | 742 | 92760 | Rifle | 30-06 | SEMI | 12/30/2017 | $280.00 | $350.00 |
| 40032 | CONSIGNMNT | M1911-A1 FS | M1911-A1 FS | TA1250432 | Pistol | 45ACP | SEMI | 1/5/2018 | $380.00 | $475.00 |
| 40035 | CONSIGNMNT | UMAREX H&K 416D .22LR | 416 D | HK003482 | Rifle | .22LR | SEMI | 1/13/2018 | $320.00 | $400.00 |
| 40037 | CONSIGNMNT | STOEGER CONDOR 20GA | CONDOR | J295217-12 | Shotgun | 20GAUGE | BREAK | 1/13/2018 | $160.00 | $200.00 |
| 40039 | CONSIGNMNT | H&K P2000 9MM | P2000 | 116-030939 | Pistol | 9MM | SEMI | 1/13/2018 | $520.00 | $650.00 |
| 40045 | CONSIGNMNT | IZHMESH SAIGA | SAIGA 410 | T09205324 | Shotgun | 410 CAL | SEMI | 1/19/2018 | $520.00 | $650.00 |
| 40053 | CONSIGNMNT | WINCHESTER 1300 12GA | 1300 | L2224732 | Shotgun | 12GAUGE | PUMP | 1/24/2018 | $280.00 | $350.00 |
| 40022 | CONSIGNMNT | BERETTA OVER/UNDER | SILVER PIGEON GRADE 1 | N55471B | Shotgun | 12GA | O/U | 1/31/2018 | $1,120.00 | $1,400.00 |
| 40023 | CONSIGNMNT | REMINGTON 1100 LT | 1100 LT | R216693V | Shotgun | 12 GA. | SEMI | 1/31/2018 | $440.00 | $550.00 |
| 40065 | CONSIGNMNT | SIG SAUER P290RS 9MM | P290RS | 26C048580 | Pistol | 9MM | SEMI | 2/26/2018 | $320.00 | $400.00 |
| 40066 | CONSIGNMNT | BERETTA 84FS CHEETAH .380ACP | 84FS CHEETAH | H39225Y | Pistol | .380ACP | SEMI | 2/26/2018 | $400.00 | $500.00 |
| 40069 | CONSIGNMNT | SMITH&WESSON 457S 45ACP | 457S | VJL0919 | Pistol | .45ACP | SEMI | 3/5/2018 | $312.00 | $390.00 |
| 40073 | CONSIGNMNT | AMERICAN DERRINGER M-1 44MAG | M-1 | 072367 | Pistol | .44MAG | BREAK | 3/8/2018 | $340.00 | $425.00 |
| 40074 | CONSIGNMNT | AMERICAN DERRINGER M-1 | M-1 | 056377 | Pistol | 45LC/410GA | BREAK | 3/8/2018 | $340.00 | $425.00 |
| 39794 | CONSIGNMNT | REMINGTON 3200 12GA | 3200 | 0594 | Shotgun | 12GAUGE | BREAK | 6/21/2017 | $1,360.00 | $1,700.00 |

**Total Inventory Value** $15,773.70

# United States Bankruptcy Court
### Eastern District of Virginia

| In re | **Blue Ridge Arsenal, Inc.** | Case No. | **18-10472** |
|---|---|---|---|
| | Debtor | Chapter | **11** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept an initial retainer, against which will be charge legal fees and reimbursable expenses | $ | **21,717.00** |
| Prior to the filing of this statement I have received a partial payment of the initial retainer (which was used to cover the filing fee in this case). | $ | **2,000.00** |
| Balance Due on Retainer Amount | $ | **19,717.00**\* |

2. $ **1,717.00** of the filing fee has been paid.

3. The source of the $2,000 prepetition retainer paid to me was:

   ☐ Debtor    ☑ Other *(specify)* Funds were drawn from a bank account that was maintained in the name of Earl L. Curtis at Wells Fargo Bank (Account Ending -8997) to address the practical issues presented by aggressive prepetition garnishment efforts against the Debtor's various bank accounts. All funds deposited into this account were maintained for the exclusive use of the Debtor.  That account has now been closed and all funds in that account have been deposited into the Debtors DIP account.

4. The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other *(specify)*

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Other provisions as needed:
   **I have agreed to render legal service for all aspects of the bankruptcy case, including: interviewing members, managers, employees and/or professionals of Client to determine financial information relevant to the preparation and filing of the Bankruptcy Case; preparing and filing the petition, schedules, statement of financial affairs and any other bankruptcy forms relevant to the commencement and prosecution of the Bankruptcy Case; preparing, filing and prosecuting any and all pleadings and documents, including motions, applications, plans, disclosure statements, orders, notices and the like, necessary to promote and advance Client's reorganization efforts in the Bankruptcy Case; defending any motion for relief from stay filed by any secured creditor in the Bankruptcy Case; preparing for and attending any and all status or evidentiary hearings that may be scheduled in the Bankruptcy Case; reviewing all pleadings and documents that may be filed by creditors or other parties in interest in the Bankruptcy Case; attending any meeting of creditors to be scheduled in the Bankruptcy Case, including any continuance(s) thereof; fielding and responding to inquiries and/or requests for information from creditors or from the Office of the United States Trustee with respect to the Bankruptcy Case; and negotiating the terms of any settlement with respect to any claims that may be asserted in the Bankruptcy Case.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **The commencement and prosecution or the defense of any adversary proceeding litigation in the Bankruptcy Case.**

   \*Note:  On March 1, 2018, the Debtor tendered a post-petition check to Redmon Peyton & Braswell, LLP in the amount of $10,000 which has been deposited into the firm's escrow account.  The check amount necessarily reduces the balance due to RP&B for its retainer. Additional funds will be paid by the Debtor on a monthly basis until the total retainer amount has been satisfied.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **March 8, 2018** | **/s/ Robert M. Marino** |
| *Date* | **Robert M. Marino** |
| | *Signature of Attorney* |
| | |
| | **Redmon Peyton & Braswell, LLP** |
| | *Name of Law Firm* |
| | **510 King Street** |
| | **Suite 301** |
| | **Alexandria, VA 22314** |
| | **703-684-2000  Fax: 703-684-5109** |

---

**For use in Chapter 13 Cases where Fees Requested <u>Not in Excess of $5,223</u>**
**<u>(For all Cases Filed on or after 01/01/2018)</u>**

### NOTICE TO DEBTOR(S), STANDING CHAPTER 13 TRUSTEE AND UNITED STATES TRUSTEE
### PURSUANT TO LOCAL BANKRUPTCY RULE 2016-1(C) AND
### CLERK'S CM/ECF POLICY 9

Notice is hereby given that pursuant to Local Bankruptcy Rule 2016-1(C), you must file an objection with the court to the fees requested in this disclosure of compensation opposing said fees in their entirety, or in a specific amount, no later than the last day for filing objections to confirmation of the chapter 13 plan.

### PROOF OF SERVICE

The undersigned hereby certifies that on this date the foregoing Notice was served upon the debtor(s), the standing Chapter 13 trustee, and U. S. trustee pursuant to Local Bankruptcy Rule 2016-1(C) and the Clerk's CM/ECF Policy 9, either electronically or in paper form (first class mail).

| | |
|---|---|
| *Date* | *Signature of Attorney* |

## United States Bankruptcy Court
### Eastern District of Virginia

| | | | |
|---|---|---|---|
| In re | **Blue Ridge Arsenal, Inc.** | Case No. | **18-10472** |
| | Debtor(s) | Chapter | **11** |

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Deborah L. Curtis**<br>**11021 Burywood Lane**<br>**Reston, VA 20194** | | **45%** | **shareholder** |
| **Earl L. Curtis**<br>**1855 St. Francis Court, #301**<br>**Reston, VA 20190** | | **45%** | **shareholder** |
| **Michael and Jamie McCloskey**<br>**12962 Pinecrest View Court**<br>**Herndon, VA 20171-2644** | | **10%** | **shareholder** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

| | | | |
|---|---|---|---|
| Date | **March 8, 2018** | Signature | **/s/ Earl L. Curtis** |
| | | | **Earl L. Curtis** |

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.